1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLTON E. SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 09-1340-GHK (OP)<br><br>ORDER RE: VOLUNTARY DISMISSAL OF CIVIL RIGHTS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(2) |

On March 30, 2009, Charlton E. Sanders ("Plaintiff"), filed a pro se Civil Rights Complaint pursuant to 42 U.S.C. § 1983, after being granted leave to proceed in forma pauperis. On April 18, 2009, the Court ordered service of the Complaint. On May 27, 2009, Defendants filed an Answer to the Complaint. On June 3, 2009, the Court ordered filed Plaintiff's "Notice of Voluntary Dismissal" in which he requests that the Court accept his voluntary dismissal "of all claims against all defendants named" in the above-entitled action.

Rule 41 of the Federal Rules of Civil Procedure provides in pertinent part that:

> . . . an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . .Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

1

1   Fed. R. Civ. P 41(a)(2).

2          A motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) should

3   be granted unless a defendant can show that it will suffer some plain legal

4   prejudice as a result of the dismissal. <u>See</u> <u>Smith v. Lenches</u>, 263 F.3d 972, 975

5   (9th Cir. 2001); <u>see also</u> <u>Stevedoring Servs. of Am. v. Armilla Int'l B.V.</u>, 889 F.2d

6   919, 921 (9th Cir. 1989) (stating that the purpose of Rule 41(a)(2) is "to permit a

7   plaintiff to dismiss an action without prejudice so long as the defendant will not be

8   prejudiced . . . . or unfairly affected by dismissal."). "[L]egal prejudice does not

9   result merely because the defendant will be inconvenienced by having to defend in

10  another forum or where a plaintiff would gain a tactical advantage by that

11  dismissal." <u>Smith</u>, 263 F.3d at 976. Although Defendants were served with the

12  Complaint, their Answer was filed May 27, 2009. As a result, the Court finds that

13  Defendant would not be prejudiced or unfairly affected by the dismissal of this

14  action. Based on the foregoing, the Court finds that dismissal of the Complaint

15  without prejudice pursuant to Rule 41(a)(2).

16         IT IS THEREFORE ORDERED that the Complaint is hereby dismissed

17  without prejudice.

18

19  DATED: _____6/1___, 2009

20                                        HONORABLE GEORGE H. KING
                                          United States District Judge

21

22  Presented by:

23

24  HONORABLE OSWALD PARADA
    United States Magistrate Judge

25

26

27

28

2